An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

METLIFE HOME LOANS, A DIVISION
OF METLIFE BANK, N.A.,
Appellant,
vs.
WAYNE HAGENDORF,
Respondent.

No. 66901

**FILED**

NOV 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order declining to dissolve a preliminary injunction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

In light of this court's disposition in Docket No. 65392, the issues raised in this appeal are moot. *See Personhood Nev. v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572, 574 (2010) ("The question of mootness is one of justiciability. This court's duty is not to render advisory opinions but, rather, to resolve actual controversies . . . ."). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

cc: Hon. Stefany Miley, District Judge
Weinstein & Riley, P.S.
Dempsey Roberts & Smith, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34641